1074

[No. 18829-1-I. Division One. July 27, 1987.]

REGENCY INVESTMENT CORPORATION, *Appellant,* v. SKAGIT COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 85-2-00324-4, Harry A. Follman, J., entered June 16, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Pekelis, JJ.

[No. 9606-4-II. Division Three. July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY A. GRANNIS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00158-6, John W. Schumacher, J., entered October 17, 1985. *Affirmed* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, J., McInturff, C.J., dissenting.

[No. 9373-1-II. Division Three. July 27, 1987.]

*In the Matter of* KELLY WAYNE HOLLIS.

THE STATE OF WASHINGTON, *Respondent,* v. KELLY WAYNE HOLLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 45167R120, James D. Ladley, J., entered November 18, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.